# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

SHASTA RICHARD;        §

      *Plaintiff*,       §

                      §

v.                      §    Case No.  5:25-CV-00094-JRG-RSP

                      §

CHRISTUS HEALTH,  ET. AL.,      §

      *Defendants*.       §

## MEMORANDUM ORDER

Before the Court are certain Defendants' Motions to Dismiss and for a More Definite Statement. **Dkt. Nos. 9, 10, and 14**. In the Motions, Defendants Dr. Gregory White (Dkt. No. 9) and Dr. Mark Sutherland (Dkt. No. 10) seek dismissal under Rule 12(b)(6) as to Plaintiff's claims of racial discrimination under 42 U.S.C. § 1981, and alternatively request a more definite statement under Rule 12(e).  The final motion (Dkt. No. 14) is by Cara Cook, a Family Medicine Nurse Practitioner, and seeks dismissal of the claims against her, primarily on the same basis.  After review of the Complaint and the briefing, Defendant's Motions are **GRANTED IN PART,** to the extent that Plaintiff is ordered to file an amended complaint to plead her best case as to plausible allegations showing that but for intentional racial discrimination the moving Defendants would not have performed the complained of conduct.  *See*, *Comcast Corporation v. National Association of African American-Owned Media*, 589 U.S. 327, 140 S.Ct. 1009 (March 23, 2020).

Plaintiff shall file her amended complaint by not later than April 8, 2026.  Defendants may renew their motions, if they believe the amended complaint is not adequate, within 20 days thereafter.

    **SIGNED this 22nd day of March, 2026.**

 

                                        _____

                                        ROY S. PAYNE

                                        UNITED STATES MAGISTRATE JUDGE